JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Appellant, *v.* METROPOLITAN JOCKEY CLUB et al., Respondents.

Argued March 9, 1942; decided April 23, 1942.

*Horace M. Gray* and *Charles E. Wythe* for appellant.

*William J. Carr, Joseph S. Auerbach, Harold C. McCollom* and *George H. Boynton* for respondents.

Judgment affirmed, with costs; no opinion. (See 288 N. Y. 673.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.